[No. 33034-9-I.     Division One.     January 17, 1995.]

CHARLES I. McCLURE, *Appellant*, v. DAVIS WRIGHT
TREMAINE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-09160-7, Peter K. Steere, J., entered June
11, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J.,
concurred in by Agid and Becker, JJ. Now published at 77
Wn. App. 312.

[Nos. 30884-0-I; 32784-4-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
V. GRIFFIN, *Appellant*.

Appeals from judgments of the Superior Court for Sno-
homish County, No. 90-1-00796-5, Ronald Castleberry, J.,
entered June 10, 1992, and May 3, 1993. *Affirmed in part*
and *remanded* by unpublished opinion per Pekelis, C.J.,
concurred in by Scholfield and Becker, JJ.

[No. 31202-2-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SUN HEAN
LEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06396-2, Jim Bates, J., entered July 21,
1992. *Affirmed* by unpublished opinion per Pekelis, C.J.,
concurred in by Kennedy, J., Scholfield, J. Pro Tem., concur-
ring in the result.

[No. 32669-4-I.     Division One.     January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
DALE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02315-6, Robert E. Dixon, J., entered May
6, 1993. *Reversed* by unpublished per curiam opinion.